DAGNY ANDERSEN, as Administratrix of the Estate of SOFUS
K. ANDERSEN, Deceased, Respondent, v. PENNSYLVANIA
STEEL COMPANY, Appellant.

*Andersen* v. *Pennsylvania Steel Co.*, 132 App. Div. 928, affirmed.
(Argued January 25, 1910; decided February 8, 1910.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 7, 1909, affirming a judgment in favor of
plaintiff entered upon a verdict and an order denying a motion
for a new trial in an action to recover for the death of plain-
tiff's intestate alleged to have been occasioned by the negli-
gence of defendant, his employer.

*H. Snowden Marshall* and *Theodore Megaarden* for
appellant.

*Henry M. Earle* and *John Ingle, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK
and CHASE, JJ. Not voting: WILLARD BARTLETT, J.